**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CATHY CHEVALIER o/b/o K.K. as the
survivor of ROBERT KAELIN (deceased),

                     Plaintiff,                     23 **CIVIL** 2701 (NSR)(VR)

       -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 18, 2024, the Court has adopted MJ Reznik's R & R in its entirety and the Court has DENIED Plaintiff's Motion; accordingly, the case is closed.

**Dated:** New York, New York
         October 18, 2024

                                                 **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                     **BY:**       *K. Mango*

                                                 **Deputy Clerk**